JENNIFER MOUZIS, #200280
4825 J Street, Suite 222
Sacramento, CA  95814
Tel: 916-822-8702/Fax 916-822-8712
jm@jennifermouzislaw.com

Attorney for Defendant
EDUARDO REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:13-CR-00053-MCE |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING ADMIT/DENY HEARING DATE |
| VERA et. al., | DATE:  December 13, 2018 |
| EDUARDO REYES | TIME:  10:00 am |
| | COURT:  Hon. Morrison C. England |
| Defendant. | |

## STIPULATION

The defendant, by and through his counsel, and the United States, by and through its' undersigned counsel, hereby stipulate as follows:

1. Mr. Reyes was arraigned on October 18, 2018 alleging two counts of violating the conditions of his supervision.

2. On October 18, 2018, the parties agreed to set the date for Mr. Reyes to admit or deny the allegations on December 13, 2018 at 10:00 a.m.

3. Between October 18, 2018 and this date, Mr. Reyes was moved at his request from the Sacramento County Main Jail, hereinafter "SCMJ", to the Nevada County Jail, hereinafter "NVJ". This move negatively impacted counsel's ability to meet with Mr.

-1-

Reyes and his investigator in order to fully discuss the allegations, any defenses, and any mitigating evidence. At his request, Mr. Reyes has requested to be moved back to the SCMJ to be more accessible to his counsel and investigator. Counsel anticipates that Mr. Reyes will be brought from NVJ to SCMJ within a week of this writing.

4. In addition, the defense counsel requests a continuance for family medical reasons. Since October 18, 2018, defense counsel has been informed that she is needed to attend to a family member as a result of a procedure to be performed on December 13, 2018.

5. Mr. Reyes is in custody. Mr. Reyes has indicated to counsel that he does not oppose a continuance of this matter in order to meet and confer with counsel and his investigator.

6. By this Stipulation, the parties now move to continue the admit/deny hearing until January 10, 2019 at 10:00 a.m.

IT IS SO STIPULATED.

DATED: December 4, 2018        /s/ Jennifer Mouzis
                               JENNIFER MOUZIS
                               Counsel for Eduardo Reyes

DATED: December 4, 2018        /s/ Shea J. Kenny
                               SHEA J. KENNY
                               Assistant U.S. Attorney
                               (As authorized on December 4, 2018)

ORDER

IT IS SO ORDERED.

Dated:  December 29, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE