| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | SHEA J. KENNY<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2764<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00053-MCE |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF DISPOSITION HEARING; ORDER |
| v. | DATE: February 21, 2019<br>TIME: 10 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| EDUARDO REYES, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Disposition Hearing in this matter was set for February 21, 2019.

2. By this stipulation, the parties now move to continue the Disposition Hearing until March 28, 2019.

/ / /

/ / /

/ / /

/ / /

1

3. The probation officer has informed the parties that an unforeseen conflict has arisen and she is unable to proceed with the hearing currently set for February 21. The parties have conferred regarding availability and March 28, 2019, is the earliest date on which all parties can proceed with the hearing. The parties therefore request a continuance to allow all parties to prepare for and proceed with the dispositional hearing.

IT IS SO STIPULATED.

Dated: February 15, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ SHEA J. KENNY
SHEA J. KENNY
Assistant United States Attorney

Dated: February 15, 2019

/s/ JENNIFER MOUZIS
JENNIFER MOUZIS
Counsel for Defendant
EDUARDO REYES

## ORDER

IT IS SO ORDERED.

Dated: February 20, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE