HEATHER E. WILLIAMS, CA Bar 122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare St, Ste. 330
Fresno, CA 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EDUARDO REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00053-MCE-4 |
| *Plaintiff,* | |
| v. | MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL |
| EDUARDO REYES, | |
| *Defendant.* | |

Matthew Lemke, Assistant Federal Defender, and counsel of record in the above-captioned case, hereby moves for an order allowing him to withdraw as counsel of record and for appointment of new counsel to represent defendant Eduardo Reyes. As grounds, counsel states:

1. The Office of the Federal Defender was appointed to represent Mr. Reyes on August 30, 2021, at his initial appearance for the pending Violation Petition. ECF No. 167.

2. Undersigned counsel formally entered a Notice of Appearance in the case on September 7, 2021. ECF No. 169. At the time of appointment, the undersigned was an Assistant Federal Defender with the Office of the Federal Defender in Fresno.

3. Undersigned counsel has submitted notice of his resignation to the Office of the Federal Defender and anticipates transitioning away from active case work on or about Friday, January 28, 2022.

4. Undersigned counsel does not expect that Mr. Reyes' matter will resolve prior to his departure from the Office of the Federal Defender. At present, there are several important outstanding issues for Mr. Reyes to decide with counsel about his defense that will impact the outcome in this case. Undersigned asks that new counsel be appointed at this time to avoid any binding case decisions that will inhibit future counsel and to ensure that Mr. Reyes may receive a consistent defense in the resolution of this matter.

5. The Office of the Federal Defender has contacted CJA panel attorney Anthony Capozzi, who is available and willing to accept the appointment.

6. Accordingly, the undersigned requests that he be permitted to withdraw from the case, and that new counsel, Anthony Capozzi, be appointed *nunc pro tunc* as of December 27, 2021.

Respectfully submitted,

DATED: January 3, 2022

/s/ Matthew Lemke
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Eduardo Reyes

**ORDER**

IT IS SO ORDERED that the Office of the Federal Defender may withdraw from its representation of EDUARDO REYES, and that CJA panel counsel Anthony Capozzi shall be appointed *nunc pro tunc* as of December 27, 2021.

Dated: 1/3/2022

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
United States Magistrate Judge

Reyes, E.: Motion to Withdraw