PHILLIP A. TALBERT
United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00221-NONE-SKO |
| --- | --- |
| Plaintiff, | CASE NO. 2:13-CR-00053-MCE |
| v. | |
| EDUARDO REYES, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| Defendant. | DATE: February 16, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, these matters were set for status hearing on February 16, 2022.

2. By this stipulation, defendant now moves to continue the status conference until June 1, 2022, and to exclude time between February 16, 2022, and June 1, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, photographs, video evidence, jail telephone call recordings, and more. All of this discovery has been either produced directly to counsel and/or made available

for inspection and copying.

   b) Counsel for defendant is relatively new to the case, having just been appointed to take over the matter on January 4, 2022. Counsel for the defendant desires additional time to conduct investigation, review discovery, discuss the matter with his client, and consult with the government regarding potential resolution.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 16, 2022 to June 1, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

\\\
\\\
\\\
\\\
\\\
\\\
\\\

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 1, 2022                PHILLIP A. TALBERT
                                       United States Attorney

                                       /s/ KATHERINE E. SCHUH
                                       KATHERINE E. SCHUH
                                       Assistant United States Attorney


Dated: February 1, 2022                /s/ Anthony P. Capozzi
                                       Anthony P. Capozzi
                                       Counsel for Defendant
                                       EDUARDO REYES


**FINDINGS AND ORDER**

IT IS SO ORDERED.


DATED: 2/7/2022

                                       *Sheila K. Oberto*
                                       THE HONORABLE SHEILA K. OBERTO
                                       UNITED STATES DISTRICT JUDGE